AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Gregory Pellico

v.

Village of Hinsdale

CASE NUMBER: **07 C 7042**

ASSIGNED JUDGE: **JUDGE LEINENWEBER**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Anthony Holocek
Village of Hinsdale Police Officer
121 Symonds Drive
Hinsdale, IL 60521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dvorak, Toppel & Barrido
3859 W. 26th Street
Chicago, IL 60623

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                 DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ || DATE 12-27-07 |
| NAME OF SERVER (PRINT) Michael Slawnik || TITLE Private Detective |
| Check one box below to indicate appropriate method of service |||

☑ Served personally upon the defendant. Place where served: 19 E Chicago Ave Hinsdale

Christine Bruton Deputy Village Clerk

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL 25 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-27-07  _[Signature]_
           Date          Signature of Server

POB 895
Homewood, IL  60430
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.