AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Gregory Pellico

V.

Village of Hinsdale

CASE NUMBER: **07 C 7042**

ASSIGNED JUDGE: **JUDGE LEINENWEBER**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Village of Hinsdale,
via its registered agent, Village Clerk Chris Bruton
19 E. Chicago Ave.
Hinsdale, IL 60521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dvorak, Toppel & Barrido
3859 W. 26th Street
Chicago, IL 60623

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

### RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12-27-07 |
|---|---|
| NAME OF SERVER (PRINT) | TITLE Pavata Petecnu |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 19 E Chicago Ave Hinsdale, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☐ Other (specify): ____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-27-07

Signature of Server

Address of Server: PO 895 Hinsdale IL 60430

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.