12128

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY PELLICO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   07 C 7042 |
| | ) | Hon. Harry Leinenweber |
| VILLAGE OF HINSDALE, a municipal Corporation; ARTHUR HOLECEK, a Village Hinsdale Police Officer (Star #202); THOMAS KREFFT, a Village of Hinsdale Police Officer (Star #204), FRANK HOMOLKA, a Village of Hinsdale Police Officer | ) ) ) ) ) ) ) | Mag. Judge Cole |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE AN ADDITIONAL APPEARANCE ON BEHALF OF DEFENDANTS

NOW COME the Defendants, VILLAGE OF HINSDALE, ARTHUR HOLECEK, THOMAS KREFFT and FRANK HOMOLKA, by and through their attorneys, JAMES L. DeANO and LAURA L. SCARRY of DeANO & SCARRY, LLC, and respectfully moves this Honorable Court for the entry of an Order granting it leave to file an additional appearance of PATRICK F. MORAN, on behalf of Defendants.

    Respectfully submitted,

    s/Laura L. Scarry
    Attorney for Defendants

James L. DeAno #6180161
Laura L. Scarry #6231266
DeAno & Scarry, LLC
53 W. Jackson, Suite 1062
Chicago, IL 60604
(630) 690-2800; Fax:  (630) 690-2853