12128

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY PELLICO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.     07 C 7042 |
| | ) | Hon. Harry Leinenweber |
| VILLAGE OF HINSDALE, a municipal | ) | Mag. Judge Cole |
| Corporation; ARTHUR HOLECEK, a Village | ) | |
| Hinsdale Police Officer (Star #202); THOMAS | ) | |
| KREFFT, a Village of Hinsdale Police Officer | ) | |
| (Star #204), FRANK HOMOLKA, a Village of | ) | |
| Hinsdale Police Officer | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:     Richard Dvorak, Dvorak, Toppel & Barrido, 3859 West 26th Street, Chicago, IL 60623

On **March 5, 2008,** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Harry Leinenweber**, or any judge sitting in her stead, in **Room 1941** of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall present the attached **Motion for Leave to File an Additional Appearance on behalf of Defendants, VILLAGE OF HINSDALE, ARTHUR HOLECEK, THOMAS KREFFT and FRANK HOMOLKA,** a copy of which is attached and hereby served upon you.

                                        s/Laura L. Scarry
                                        Attorney for Defendants

James L. DeAno #6180161
Laura L. Scarry #6231266
DeAno & Scarry, LLC
53 W. Jackson, Suite 1062
Chicago, IL 60604
(630) 690-2800; Fax:  (630) 690-2853

### CERTIFICATE OF SERVICE

I, Laura L. Scarry, an attorney, certify that a copy of this Notice of Motion and above-mentioned documents were served upon the attorneys of record via electronic filing from 53 W. Jackson, Suite 1062, Chicago, IL 60604, before 5:00 p.m. on February 29, 2008.

                                        s/Laura L. Scarry