## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7042 | **DATE** | 3/4/2008 |
| **CASE TITLE** | Gregory Pellico vs. Village of Hinsdale, et al | | |

**DOCKET ENTRY TEXT**

Defendants' Motion for leave to file an additional appearance of Patrick F. Moran is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|