U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                       Case Number: 07 C 7042
GREGORY PELLICO,
vs.
VILLAGE OF HINSDALE, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, VILLAGE OF HINSDALE, ARTHUR HOLECEK, THOMAS KREFFT and FRANK HOMOLKA

| NAME (Type or print) |  |
|---|---|
| Patrick F. Moran |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Patrick F. Moran |  |
| FIRM |  |
| DeAno & Scarry, LLC |  |
| STREET ADDRESS |  |
| 53 W. Jackson Blvd., Suite 1062 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60604 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6279297 | (630) 690-2800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |