12128

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY PELLICO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   07 C 7042 |
| ) | Hon. Harry Leinenweber |
| VILLAGE OF HINSDALE, a municipal ) | Mag. Judge Cole |
| Corporation; ARTHUR HOLECEK, a Village ) | |
| Hinsdale Police Officer (Star #202); THOMAS ) | |
| KREFFT, a Village of Hinsdale Police Officer ) | |
| (Star #204), FRANK HOMOLKA, a Village of ) | |
| Hinsdale Police Officer ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION FOR THE ENTRY OF AN H.I.P.A.A QUALIFIED PROTECTIVE ORDER

NOW COME the Defendants, VILLAGE OF HINSDALE, ARTHUR HOLECEK, THOMAS KREFFT and FRANK HOMOLKA, by and through their attorneys, JAMES L. DeANO and PATRICK F. MORAN of DeANO & SCARRY, LLC, and respectfully moves this Honorable Court for the entry of an H.I.P.A.A Qualified Protective Order. In support of the motion, Defendants state:

1. The plaintiff in this case, GREGORY PELLICO, underwent medical treatment as a result of his alleged injuries at various health providers.

2. The records of these health providers presumably contain the "Protected Health Information" ("PHI") of the plaintiff, as defined in the Health Insurance Portability and Accountability Act of 1996. *See, 45 CFR 1060.103 and 160.501.*

3. The records of the plaintiff's health providers are highly relevant evidence in this matter and the entry of this order will allow the parties to expedite the discovery process in this case.

4. Plaintiff's counsel has agreed to the entry of this order.

5. A draft order for entry by the court is attached as Exhibit 1, hereto.

WHEREFORE, the Defendants, VILLAGE OF HINSDALE, ARTHUR HOLECEK, THOMAS KREFFT and FRANK HOMOLKA respectfully moves this Honorable Court for the entry of an agreed H.I.P.A.A Qualified Protective Order.

Respectfully submitted,

s/Patrick F. Moran
Attorney for Defendants

James L. DeAno #6180161
Patrick F. Moran # 6279297
DeAno & Scarry, LLC
53 W. Jackson, Suite 1062
Chicago, IL 60604
(630) 690-2800;
Fax: (630) 690-2853