12128

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY PELLICO,   Plaintiff,   vs.   VILLAGE OF HINSDALE, a municipal Corporation; ARTHUR HOLECEK, a Village Hinsdale Police Officer (Star #202); THOMAS KREFFT, a Village of Hinsdale Police Officer (Star #204), FRANK HOMOLKA, a Village of Hinsdale Police Officer   Defendants. | No.   07 C 7042 Hon. Harry Leinenweber Mag. Judge Cole |

## NOTICE OF MOTION

To:   Richard Dvorak, Dvorak, Toppel & Barrido, 3859 West 26th Street, Chicago, IL 60623

On **July 24, 2008,** at **9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Harry Leinenweber,** or any judge sitting in her stead, in **Room 1941** of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall present the attached **Agreed Motion for the Entry of An H.I.P.A.A. Qualified Protective Order,** a copy of which is attached and hereby served upon you.

   s/Patrick F. Moran
   Attorney for Defendants

James L. DeAno #6180161
Laura L. Scarry #6231266
DeAno & Scarry, LLC
53 W. Jackson, Suite 1062
Chicago, IL 60604
(630) 690-2800; Fax: (630) 690-2853

### CERTIFICATE OF SERVICE

I, Laura L. Scarry, an attorney, certify that a copy of this Notice of Motion and above-mentioned documents were served upon the attorneys of record via electronic filing from 53 W. Jackson, Suite 1062, Chicago, IL 60604, before 5:00 p.m. on July 18, 2008.

   s/Patrick F.Moran