Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7042 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Gregory Pellico vs. Village of Hinsdale, et al | | |

**DOCKET ENTRY TEXT**

The Agreed Motion for the entry of an H.I.P.A.A. Qualified Protective Order is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP